162 So.2d 571

STATE of Louisiana

v.

INVESTIGATION BY Jim GARRISON,
District Attorney, Orleans Parish.

No. 47222.

April 8, 1964.

162 So.2d 571

STATE of Louisiana

v.

INVESTIGATION BY Jim GARRISON,
District Attorney, Orleans Parish.

No. 47223.

April 8, 1964.

In re: Warren C. Holden, C. J. Broussard, O. C. Roberts, M. A. Forman, Jr., and Elbert I. Buckner applying for writs of certiorari, prohibition and mandamus.

Writ refused. See per curiam in State v. Open Hearing Investigation, 245 La. 1059, 162 So.2d 565.

FOURNET, C. J., dissents from the ruling of the majority in this matter. (See written reasons in State v. Open Hearing Investigation, 245 La. 1059, 162 So.2d 565.

SUMMERS, J., is of the opinion that the writs should be granted. (See reasons assigned).